# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JUDITH L. MARSH | § | CHAPTER 7 |
| SS#XXX-XX-6000 | § | |
| DEBTOR(S) | § | CASE NO. BK 09-51752-NPO-7 |
| | | |
| VANDERBILT MORTGAGE AND FINANCE, INC., | § § | MOTION NO. |
| MOVANT(S) | § § | _____ |
| VS. | § | |
| JUDITH L. MARSH, | § § | |
| RESPONDENT(S) | § | |

## AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter having been presented unto the Court on after proper notice of hearing and after consideration of the facts and review of the Docket #12 pleadings, it is hereby ORDERED, ADJUDGED and DECREED that:

The Motion for Relief from stay by Vanderbilt Mortgage and Finance, Inc. is hereby GRANTED as to one (1) 2000 Craft 32' x 70' Manufactured Home, VIN CO1478A/BGA.

FURTHER, Vanderbilt Mortgage and Finance, Inc. is granted leave to amend its claim for any unsecured deficiency which may remain upon liquidation of its collateral.

SO ORDERED.

*[signature]*

Neil P. Olack
United States Bankruptcy Judge
Dated: September 23, 2009

This Order Prepared By:

Emily K. McCarson (MCCAE-9218)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403


This Order consented to by:

/s/ Emily K. McCarson
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403


/s/ David L. Lord
David L. Lord
Attorney for Debtor
2300 24th Avenue
Gulfport, MS 39501
(228) 868-5667

/s/ Kimberly R. Lentz
Kimberly R. Lentz
Trustee
2012 23rd Avenue.
Gulfport, MS 39501
(228) 867-6050

i:\buddy\clients\vmf\marsh, judith\agreed order 9-21-09.doc